UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEVIN JORY BRAA,

           Petitioner,

v.

JEFFEREY PERKINS,

           Respondent.

Case No. C24-167-JCC-MLP

ORDER OF TRANSFER

    Petitioner Kevin Braa is a state prisoner who is currently incarcerated at the Coyote Ridge Corrections Center in Connell, Washington. The Court has received from Petitioner a petition for writ of habeas corpus under 28 U.S.C. § 2254, which seeks to challenge a 2008 judgment and sentence of the Snohomish County Superior Court. (Dkt. # 6.) Petitioner submitted with his petition an application for leave to file a second or successive petition under § 2254, which was directed to the United States Court of Appeals for the Ninth Circuit but was filed in this Court instead. (Dkt. # 6-1.) Petitioner indicated in his application for leave to file a second or successive petition that he had previously filed a federal habeas petition in this district challenging the same Snohomish County Superior Court conviction, which was dismissed as

ORDER OF TRANSFER - 1

time barred. (*See id.* at 2.) This Court's records confirm that Petitioner filed a previous petition here which was dismissed in March 2013. *See Braa v. Uttecht*, C12-1654-RSL.

As Petitioner is apparently aware, this Court is without jurisdiction to consider a successive petition until the Ninth Circuit Court of Appeals has authorized its filing. 28 U.S.C. § 2244(b)(3)(A). Indeed, it appears that Petitioner's materials were sent to this Court in error and were intended to have been submitted to the Ninth Circuit in the first instance. Accordingly, this case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals pursuant to 28 U.S.C. § 1631 and Ninth Circuit Rule 22-3.

The Clerk is directed to close this case and to transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the petition and of this Order in the file. The Clerk is further directed to send a copy of this Order to Petitioner and to the Honorable Michelle L. Peterson.

DATED this  19th  day of     March             , 2024.

JOHN C. COUGHENOUR
United States District Judge

Recommended for Entry this
19th day of March, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER OF TRANSFER - 2